IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

WILBERT LEZELL JOHNSON                                                                PLAINTIFF
ADC #84494

V.                                          NO: 1:14CV00163 KGB/JWC

PAIGE *et al.*                                                                         DEFENDANTS

## ORDER

Plaintiff Wilbert Lezell Johnson, currently incarcerated at the Arkansas Department of Correction's Grimes Unit, filed a *pro se* complaint on December 29, 2014, and service was ordered. On February 2, 2015, the summons was returned unexecuted as to Defendants Aundrea Weekley and James Russell (docket entries #16 & #17).[1] Service had been attempted in the care of the Arkansas Department of Correction, but was returned with a note indicating that Weekley and Russell are no longer employed there. However, Weekley's and Russell's last known addresses were provided and filed under seal. Accordingly, service for Weekley and Russell will be attempted at the addresses provided.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to change the style of the case to reflect the correct names of Defendants Aundrea Weekley and James Russell.

2.      Weekley's and Russell's last known addresses shall not be made part of any public record.

3.      The Clerk of the Court shall prepare a summons for Weekley and Russell, and the

---

[1] Weekley's and Russell's correct names were provided with the return.

1

United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on Weekley and Russell, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

4. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the addresses prior to forwarding a copy to Plaintiff.

DATED this 4th day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE