IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**WILBERT LEZELL JOHNSON**     **PLAINTIFF**
**ADC #84494**

v.     Case No. 1:14-cv-00163 KGB

**JOE PAIGE,** *et al.*     **DEFENDANTS**

## ORDER

The Court has reviewed two separate Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris, as well as plaintiff Wilbert Lezell Johnson's objections (Dkt. Nos. 77, 80, 82, 83). After careful review of these documents and a *de novo* review of the record, the Court concludes that the first Proposed Findings and Recommendation (Dkt. No. 77) and the second Proposed Findings and Recommendation (Dkt. No. 80) should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is, therefore, ordered that:

1. Mr. Johnson's motion for declaratory judgment and injunctive relief is denied (Dkt. No. 73).

2. Separate defendants Peggy Haley, Nurzuhal Faust, Marvin Evans, and Chelsie Hutchinson's motion for summary judgment is granted, and Mr. Johnson's claims against defendants Haley, Faust, Evans, and Hutchinson are dismissed without prejudice (Dkt. No. 64).

Dated this the 22nd day of February, 2016.

                                               *[signature]*
                                               Kristine G. Baker
                                               United States District Judge