IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**WILBERT LEZELL JOHNSON**                                                                                   **PLAINTIFF**
**ADC #84494**

v.                                                      Case No. 1:14-cv-00163 KGB

**JOE PAIGE,** *et al.*                                                                                     **DEFENDANTS**

## ORDER

The Court has reviewed Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 100). Plaintiff Wilbert Lezell Johnson has not objected to the Proposed Findings and Recommendation, and the time to do so has passed. After careful review, the Court approves and adopts in their entirety the Proposed Findings and Recommendation as this Court's findings in all respects (Dkt. No. 100).

It is therefore ordered that defendants' motion for sanctions is granted to the extent that Mr.'s Johnson's complaint is dismissed without prejudice, subject to being reopened if he pays the Arkansas Department of Correction the total of $148.45 and presents to the Court evidence of the payment, along with a motion to reopen, within 30 days of the entry of this Order (Dkt. No. 93). The Court certifies that an *in forma pauperis* appeal would be considered frivolous and not in good faith.

Dated this 1st day of December, 2016.

_____
Kristine G. Baker
United States District Judge