IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**WILBERT LEZELL JOHNSON**  **PLAINTIFF**
**ADC #84494**

v.  Case No. 1:14-cv-00163 KGB

**JOE PAIGE,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 1st day of December, 2016.

_____
Kristine G. Baker
United States District Judge